UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMOL AMAR MOTIVALA,<br>3660 North Lake Shore Drive,<br>Apartment 2310,<br>Chicago, IL 60613,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary, U.S.<br>Department of Homeland Security, in<br>his official capacity as well as his<br>successors and assigns,<br>245 Murray Lane, S.W.,<br>Washington, DC 20598,<br><br>      and<br><br>MICHAEL B. MUKASEY, Attorney<br>General of the United States, in his<br>official capacity as well as his<br>successors and assigns,<br>U.S. Department of Justice,<br>950 Pennsylvania Avenue, N.W.,<br>Washington, DC 20530-0001,<br><br>      and<br><br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation,<br>In his official capacity, as well as his<br>successors and assigns,<br>J. Edgar Hoover Building,<br>935 Pennsylvania Avenue N.W.,<br>Washington, DC 20535-0001,<br><br>      and<br><br>EMILIO T. GONZALEZ, Director,<br>U.S. Department of Homeland<br>Security, U.S. Citizenship and<br>Immigration Services, in his official<br>capacity, as well as his successors<br>and assigns,<br>20 Massachusetts Avenue, N.W.,<br>Washington, DC 20529,<br><br>      and | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **PETITION FOR A HEARING ON A**<br>   **NATURALIZATION APPLICATION,**<br>   **OR, IN THE ALTERNATIVE, A**<br>   **COMPLAINT FOR WRIT OF**<br>   **MANDAMUS AND FOR**<br>   **EQUITABLE RELIEF**<br><br>   **CIVIL ACTION NO.**<br><br>   **ALIEN NO. A045-794-745**<br><br>   **AGENCY CASE NO. LIN000834138**<br><br>   **REQUEST FOR ORAL ARGUMENT** |

CONRAD J. ZARAGOZA, Director, )
Des Moines USCIS Field Office, )
U.S. Department of Homeland )
Security, U.S. Citizenship and )
Immigration Services, in his official )
capacity, as well as his successors )
and assigns, Federal Building, )
210 Walnut Street, Room 369, )
Des Moines, IA 50309, )
 )
     and )
 )
GERARD HEINAUER, Director, )
Nebraska Service Center, )
U.S. Department of Homeland )
Security, U.S. Citizenship and )
Immigration Services, in his official )
capacity as well as his successors )
and assigns, )
850 S Street, Lincoln, NE 68501, )
 )
     Defendants. )
 )

## PETITION FOR A HEARING ON A NATURALIZATION APPLICATION, OR, IN THE ALTERNATIVE, A COMPLAINT FOR WRIT OF MANDAMUS AND FOR EQUITABLE RELIEF

**To the Honorable Judges of Said Court:**

COMES NOW, Plaintiff, Amol Amar Motivala, through his undersigned counsel, and alleges as follows:

### I. INTRODUCTION

1.    This civil action seeks to compel action on an application for naturalization ("application") properly filed by Plaintiff on **October 20, 2005**. This application was filed and remains in the jurisdiction of the Defendants named above, who have improperly withheld action, **for more than 592 days**, to Plaintiff's detriment.

2.    Federal law requires that administrative agencies conclude matters presented to them "within a reasonable time," including naturalization applications. 5 U.S.C. §555 and 8 C.F.R. §335.1 and 335.3(a) Federal Law also requires that the

U.S. Citizenship and Immigration Services ("USCIS") adjudicate applications for naturalization within **120 days** of a naturalization interview.  *See*, 8 C.F.R. §335

3.     This action seeks a *de novo* **hearing** on Plaintiff's application, or, in the alternative, mandamus and injunctive relief based upon the failure of Defendant USCIS to act upon Plaintiff's Application in a reasonable time period, in violation of the Immigration and Nationality Act, 8 U.S.C. §335 ("INA") and the Administrative Procedures Act ("APA").  5 U.S.C. §555(b)  The APA provides that "agency action made reviewable by statute and final agency action for which there is no other adequate remedy in court are subject to judicial review."  5 U.S.C. §704.  A reviewing court "shall compel agency action unlawfully withheld or unreasonably delayed."  5 U.S.C. §706.

4.     Plaintiff's naturalization interview and examination were completed on March 26, 2006 by USCIS Officer Mary Ann Aguilar-Gomez at the USCIS Des Moines Field Office.  *See*, USCIS Form N-652, Naturalization Interview Results, dated March 26, 2006, a copy of which is attached and incorporated hereto as "Exhibit A."

5.     Plaintiff's application has should have been adjudicated by July 24, 2006.

6.     Plaintiff's application has therefore been pending for **five hundred and ninety-two (592) days**, in violation of 8 C.F.R. §335.  Plaintiff has made numerous attempts to speed the determination of his application.  *See*, USCIS Letter from an Infopass Appointment, dated March 23, 2007, a copy of which is attached and incorporated hereto as "Exhibit B."

7.     Plaintiff has been informed by multiple government sources that his application has been delayed due to an incomplete FBI NNCP check.  *See*, Exhibit C.

8.     Notwithstanding, Plaintiff – who has been a law-abiding lawful permanent resident in the U.S. for a number of years – has not been advised that there is any problem, issue or question about his background.  Instead, Plaintiff has simply been told that he must continue to wait, indefinitely, and with no end in sight.

9.      As a result, Plaintiff suffers the hardships of unreasonably and unlawfully delayed naturalization, including anxiety over his immigration status, prolonged separation from loved ones, and inability to participate in the political process by voting.

10.     This action seeks to compel Defendant Federal Bureau of Investigation ("FBI") to complete Plaintiff's National Name Check Program clearance, which has unreasonably delayed any adjudication of Plaintiff's Application, which was properly filed pursuant to the Immigration and Nationality Act, 8 U.S.C. §1427(a) ("INA"), on **October 20, 2005**. *See*, Affidavit of Amol Motivala, dated February 11, 2008, a copy of which is attached and incorporated hereto as "Exhibit C" and N-400 Application Receipt, dated October 27, 2005, a copy of which is attached and incorporated hereto as "Exhibit D."

11.     Plaintiff seeks to compel Defendants Attorney General Mukasey and FBI Director Robert Mueller, and those acting under their direction, to complete Plaintiff's FBI National Name Check Program clearance (generating a "FBIQUERY System" response), which is required for the USCIS to adjudicate his N-400 application, pursuant to 8 C.F.R. §335.1, 335.2(b), 335.3(a) (Processing of naturalization applications); 28 U.S.C. §1331 ("Federal question"); the Mandamus and Venue Act (28 U.S.C. §1361) ("Mandamus Act"); 8 U.S.C. §1101 (INA), 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"); and the Administrative Procedures Act (5 U.S.C. §551 and §701, *et seq.*).

12.     Plaintiff also seeks an order from this Honorable Court directing Defendants to complete all necessary steps and adjudicate his application within thirty (30) days of this Court's order.

13.     Attorneys fees and costs are entitled to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 5 U.S.C. § 504 and 28 U.S.C. § 2412(d), *et seq.*[1]

---

[1] *See*, Elkhatib v. Bulger, 2006 U.S. Dist. LEXIS 60485 (S.D. Fla. 2006) (fees granted after a plaintiff succeeded in his mandamus action seeking to compel the USCIS to

## II. PARTIES

14.    Plaintiff, Amol Amar Motivala, is an adult individual who is a national of India and resides lawfully in the United States. He resides at 3660 North Lake Shore Drive, Apartment 2310, Chicago, Illinois 60613. *See*, Exhibit C and Plaintiff's Resident Alien Card, Social Security Card, Indian Passport and Illinois State Driver's License, copies of which are attached and incorporated hereto as "Exhibit E" through "Exhibit H."

15.    Michael Chertoff is the Secretary for the U.S. Department of Homeland Security ("DHS") and this action is brought against him in his official capacity only, as well as his successors and assigns. He is generally charged with protecting the security of the United States and with overseeing the DHS, which includes sub-agency USCIS, and is further authorized to delegate such powers and authority to subordinate employees of DHS. DHS is headquartered at 245 Murray Lane, S.W., Washington, DC 20598.

16.    Michael B. Mukasey is the Attorney General of the United States and this action is brought against him in his official capacity only, as well as his successors and assigns. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the FBI, which is an agency within the U.S. Department of Justice ("DOJ"). More specifically, Mr. Mukasey is responsible for overseeing the FBI's National Name Check Program ("NNCP"), which is mandated by Executive Order No. 10450. Presently, every intending immigrant must complete an FBI NNCP screening before an N-400

adjudicate his adjustment application); Aboushaban v. Mueller, 2007 U.S. Dist. LEXIS 15402 (N.D. Cal. 2006) (fees granted after the Court granted a plaintiff's writ of mandamus and ordered the USCIS to adjudicate his adjustment application) and Freeman v. Mukasey, Case No. 04-35797, appeal from D.C. No. CV-04-666-PA (9th. Cir. Feb. 26, 2008) (EAJA fees motion before 9th Cir. Appellate Commissioner Peter L. Shaw, who awarded attorneys fees of $250 per hour for a law partner and between $151.65 and $161.85 for associate's work in a successful writ of habeas corpus challenge to a delayed I-485 case)

application filed on his or her behalf can be approved. *See*, 22 C.F.R. §42.67(c)(2). The DOJ is headquartered at 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

17.    Robert S. Mueller, III, is the Director of the FBI and is named herein only his official capacity, as well as his successors and assigns, and his duties include ensuring timely completion of all requests made by the USCIS for security clearances, including NNCP screenings. The FBI is headquartered at the J. Edgar Hoover Building, which is located at 935 Pennsylvania Avenue, NW, Washington, DC 20535-0001.

18.    Dr. Emilio Gonzalez is the Director of the USCIS, who is named herein only his official capacity, as well as his successors and assigns. He is generally charged with the implementation of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the USCIS. USCIS is specifically assigned the adjudication of naturalization applications. USCIS is headquartered at 20 Massachusetts Avenue, NW, Washington, DC 20529.

19.    Defendants Chertoff, Mukasey, Mueller and Gonzalez are federal officers and agency heads who perform a significant amount of their official duties in D.C.

20.    Conrad J. Zaragoza is the Director of the Des Moines Field Office ("Field Office") of the USCIS and is named herein only in his official capacity, as well as his successors and assigns. The N-400 application in question is processed both through this Field Office and a USCIS Service Center. The USCIS has maintained jurisdiction over Plaintiff's application both through this Field Office and its Nebraska Service Center.

21.    Gerard Heinauer is the Director of the Nebraska Service Center ("NSC") of the USCIS and is named herein only in his official capacity, as well as his successors and assigns. The N-400 application in question was properly filed by Plaintiff with the NSC, and that office (and the Field Office noted above) has improperly retained his application for several years without adjudication. USCIS, through its headquarters in Washington, D.C., any of its four service centers, National Benefits Center, numerous

6

Field Offices, numerous Sub-Offices and Application Support Centers, has a mandatory duty to act on this delayed N-400 application within a reasonable period of time.

**III. JURISDICTION**

22.     This Honorable Court has subject matter jurisdiction over this Petition under the Constitution and laws of the United States, including the Fifth Amendment to the U.S. Constitution;[2] provisions of Title 8 U.S.C. §1101 (INA); 8 U.S.C. §1447(b) (jurisdiction to adjudicate delayed N-400 applications or to remand with instructions[3]); 8 U.S.C. §1571 ("The Immigration Services and Infrastructure Improvements Act of 2000"); 28 U.S.C. §1331 (federal question jurisdiction); 28 U.S.C. §1361 (Mandamus Act); 28 U.S.C. §1651 (All Writs Act) as well as under 5 U.S.C. §555 and 701, *et seq.* (APA).  Relief is requested pursuant to the U.S. Constitution and these statutes.

23.     When Congress enacted The Immigration Services and Infrastructure Improvements Act of 2000, it set the period of one-hundred-and-eighty days (180) as the normative expectation for the government to complete the processing of an immigrant benefit application.  This 180 day period, which begins upon the initial filing of the application, is considered a **reasonable processing time**.     See, 8 U.S.C. §1571 and Konchitsky v. Chertoff, 2007 U.S. Dist. LEXIS 53998 at 11-15 (N.D. Cal. July 13, 2007)

24.     **Plaintiff's application has therefore been pending five hundred and thirty-two (532) days longer than is considered reasonable** under 8 U.S.C. §1571.

25.     This action is also filed in response to unreasonable agency delay and failure to complete Plaintiff's FBI NNCP screening and issue a "FBIQUERY System" response to the USCIS, which has unreasonably prevented the adjudication of this N-

---

[2] The U.S. Supreme Court reminds us that, "the Due Process Clause applies to all 'persons' within the United States, including aliens, whether their presence is lawful, unlawful, temporary, or permanent."  See Zadvydas v. Davis, 533 U.S. 678, 679 (2001)
[3] *See*, Castracani v. Chertoff, 377 F.Supp. 2d 71 at 73, fn. 6 citing to 7 Charles Gordon, Immigration Law and Procedure §96.07[3][b] (rev. ed., 2005)

400 Application, in violation of the APA. Plaintiff merely seeks to compel USCIS and FBI action on an unreasonably delayed NNCP screening and N-400 application. **Plaintiff does not seek review of a discretionary decision rendered or act by non-FBI Defendants, including any discretionary action on the part of Defendant USCIS.**

26.    There are no administrative remedies available to Plaintiff to redress his grievances described herein. As described more fully below, Plaintiff and his father have contacted the USCIS' Nebraska Service Center, USCIS Des Moines Field Office, the President of the United States, FBI, U.S. Senators Charles E. Grassley, Tom Harkin and Barack Obama as well as filing a Freedom of Information-Privacy Acts (FOIPA) request.

27.    Plaintiff's Petition challenges only the reasonableness of Defendants' delay or inaction in the completion of his NNCP check, transmission of a "FBIQUERY System" response and adjudication of his N-400 application, not the grant or denial of the his application, therefore the jurisdictional limitations of 8 U.S.C. §1252 do not apply.

28.    This Court, in an opinion by U.S. District Judge Henry H. Kennedy, has specifically held that it has subject matter jurisdiction for an action under 8 U.S.C. §1447(b) filed by an alien whose N-400 application had been pending since February 28, 2002. *See*, Castracani v. Chertoff, 377 F.Supp. 2d 71, 72-74 (D.D.C. July 5, 2005)

29.    As noted in Judge Kennedy's opinion, there is significant federal authority holding that subject matter jurisdiction is appropriate for judicial review of an **agency's failure to take action** or to review the pace of naturalization application processing. Id., at 72-74.[4]  *See also*, United States v. Hovsepian, 359 F.3d 1144, 1162 (9th Cir. 2004) (**holding that under** §1447(b), a U.S. District court has exclusive jurisdiction over those

---

[4] *See also*, Castracani, at 73-74, hn. 7, citing to St. Regis Mohawk Tribe, N.Y. v. Brock, 769 F.2d 37, 41 (2nd Cir. 1985), Brock v. Pierce County, 476 U.S. 253, 266 (1986), Friends of the Crystal River v. EPA, 35 F.3d 1073, 1080 (6th Cir. 1994) and Gottlieb v. Pena, 41 F.3d 730, 731-33 (D.C. Cir. 1994).

naturalization applications on which [USCIS] has failed to act in a timely fashion).

30.     Other U.S. District Courts have similarly granted relief to Plaintiffs whose naturalization applications have been unreasonably delayed. *See*, Mocanu v. Mueller, 2008 U.S. Dist. LEXIS 10122 at *4 (E.D. Pa. Feb. 8, 2008) (finding that the USCIS' use of the FBI name check program has never been authorized by statute or regulation, and its continued application to the plaintiffs' naturalization applications is improper and has caused unreasonable delays in adjudication); Sharawneh v. Alberto Gonzales, 2007 U.S. Dist. LEXIS 66546 at *10, hn. 12 (E.D. Pa. Sept. 10, 2007) (motion to dismiss denied where the Court found that jurisdiction was proper under 28 U.S.C. §1331, §1361 and the APA and that the USCIS had a mandatory duty to act on naturalization applications within a reasonable period of time); Shaat v. Klapakis, 2007 U.S. Dist. LEXIS 70338 at *14-17, hn. 7-9  (E.D. Pa. Sept. 21, 2007) (motion to dismiss denied where Plaintiff's naturalization interview was cancelled and a mandamus action was brought challenging the unreasonable delay in the mandatory duty to adjudicate a N-400 application) and Elshorbagi v. Melville, 2006 U.S. Dist. LEXIS 96721 at *7-8 (N.D. Ga. May 19, 2006) (mandamus action remanded to the USCIS with instructions that plaintiff's pending naturalization application and FBI background check be completed within 90 days from the issuance of the Court's order).

**IV. VENUE**

31.     Venue is properly with this Court, pursuant to 8 U.S.C. §1447(b) and 28 U.S.C. §1391(e) because:

a.     Defendant Secretary Michael Chertoff is an officer of the Department of Homeland Security, which is headquartered in the District of Columbia.[5]

---

[5] It is well-established precedent in this Court that, "When an officer or agency head performs a 'significant amount' of his or her official duties in the District of Columbia, the

Defendant Chertoff performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

b.      Defendant Attorney General Michael B. Mukasey is an officer of the Department of Justice and is responsible for the operation of the FBI, which is headquartered in the District of Columbia.  Defendant Mukasey performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

c.      Defendant Robert S. Mueller, III is an officer of the Department of Justice and is Director of the FBI, which is headquartered in the District of Columbia. Defendant Mueller performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

d.      Defendant Emilio Gonzalez is an officer of the Department of Homeland Security and is the Director of the USCIS, which is headquartered in the District of Columbia.  Defendant Gonzalez performs a significant amount of his official duties in the District of Columbia and resides, for purposes of venue, within the District of Columbia;

e.      Defendants Zaragoza and Heinauer are officers of the Department of Homeland Security who retain jurisdiction over the N-400 application in question, subject to the discretion of Defendant Gonzalez, who resides in the District of Columbia;

f.      A substantial part of the events or omissions giving rise to Plaintiff's Complaint occurred within the offices of the FBI, DHS and USCIS, which are all headquartered in the District of Columbia; and

District of Columbia is a proper place for venue." Jyachosky v. Winter, 2006 U.S. Dist. LEXIS 44399 at 12, hn. 6 (D.D.C. June 29, 2006), citing to Bartman v. Cheney, 827 F.Supp. 1, 1 (D.D.C. 1993) (holding that the Secretary of Defense resides in Washington, D.C. for purposes of 28 U.S.C. § 1391(e))

g.    Judicial economy and the interests of justice warrant that Plaintiff's action be brought and decided in the District of Columbia, because the above-listed Defendant U.S. officials perform a significant amount of their official duties, and their agencies are all located, within the jurisdiction of this Honorable Court, or are subject to the discretion of their Agency Director who is located within DC.

32.    Due to the decentralized nature of USCIS case processing, which allows for the transfer of naturalization applications to any USCIS facility located anywhere in the United States of America, at any time, venue is only appropriate in the District Court for the District of Columbia.

## V. STATEMENT OF FACTS
### A. Eligibility for Naturalization

33.    On October 20, 2005, Plaintiff filed his N-400 naturalization application with the NSC. *See*, Exhibit D.

34.    The N-400 application in question was properly filed with the NSC. It is the duty of the USCIS, to timely adjudicate this application.

35.    Plaintiff has complied with all requests made by the USCIS to complete all necessary steps for the adjudication of his N-400. He has provided all information requested by USCIS, been interviewed and complied with all notices. *See*, Exhibit C and Plaintiff's Stamped and Signed N-400 Fingerprint Notice and USCIS Online Address Change Confirmation, copies of which are attached and incorporated hereto as "Exhibit I" and "Exhibit W," respectively.

### B. USCIS and FBI Security Checks

36.    Once an N-400 application is filed, the FBI must conduct mandatory criminal and national security background checks before an adjudication of the application is possible. These security checks include the FBI NNCP check. *See*,

Declaration of Bradley J. Brouillette, Supervisory Center Adjudications Officer at the VSC, dated April 23, 2007 at page 2, a copy of which is attached and incorporated hereto as "Exhibit Y."

37.    In a majority of FBI NNCP name checks, no "matches" or indications of derogatory information are found. *See*, Exhibit Y, page 2.

38.    The FBI processes USCIS-requested NNCP checks chronologically, based on the date the request was forwarded. Initial responses to the NNCP check are generally available within two (2) weeks. In eighty percent (80%) of applications, no "match" or derogatory information is found. Of the remaining twenty percent (20%), most NNCP checks are resolved within six (6) months. *See*, Exhibit Y, page 6 and USCIS Fact Sheet, dated April 25, 2006, which was referenced in and incorporated into Mr. Brouillette's Declaration, at pages 2-3.

39.    Less that **one percent (1%) of cases** subject to an FBI NNCP check **remain pending longer than six (6) months**. *See*, Exhibit Y, CIS Fact Sheet, page 2.

40.    The FBI has stated, in a declaration previously submitted to this Court, that it has historically resolved approximately sixty-eight percent (68%) of NNCP name checks with a "no record" result within **seventy-two (72) hours**. Of the remaining cases, a secondary check historically has revealed a "no record" result within an additional **thirty to sixty (30-60) days** for twenty-two percent of all cases. Of the remaining ten percent of cases, less than **one percent (1%)** of USCIS cases are identified with a file containing *possible* derogatory information. *See*, Declaration of Michael A. Cannon, dated April 13, 2007 at pages 5-6, a copy of which is attached and incorporated herewith as "Exhibit Z."

**C. Exhaustion of Administrative Remedies**

41.    Plaintiff, by himself and through his father, has made repeated inquiries regarding the status of his N-400 application. Plaintiff was advised in writing on several

12

occasions that that the adjudication of his N-400 application was delayed because of the absence of the required security checks and has remained delayed for lack of the security check clearances. *See*, Exhibits A and C and USCIS Notices, Case Status Reports, and Letters from various U.S. elected and governmental officials, copies of which are attached and incorporated herewith as "Exhibit J" through "Exhibit V" and "Exhibit X."

42.    Plaintiff contacted his local USCIS field officers using an InfoPass appointment in March 2007, but was informed that his N-400 application had been delayed pending the completion of a FBI name check clearance. *See*, Exhibits B and C.

## D. Plaintiff's Request for a *De Novo* Hearing

43.    Plaintiff has a clear right to a de novo hearing before this Honorable Court under 8 U.S.C. §1447(b), as he properly filed his N-400 application and was interviewed by the USCIS Des Moines Field Office almost two (2) years ago. *See*, Exhibit A.

44.    Under the statutory and case authority cited above, Plaintiff has a clear right to a U.S. District Court hearing on his N-400 application, or, in the alternative, to have his case remanded to the USCIS with specific instructions contained in an order.

## E. Plaintiff's Mandamus Action

45.    In order to obtain relief under the Mandamus Act, Plaintiff must establish that (1) his claim is "clear and certain;" (2) the duty owed is "ministerial and so plainly prescribed as to be free from doubt;" and (3) that no other adequate remedy is available. *See*, Patel v. Reno, 134 F.3d 929, 931 (9th Cir. 1997)

46.    Plaintiff has demonstrated through the FBI's own Declaration that Defendant FBI has a non-discretionary duty to complete all USCIS-requested NNCP name checks within a reasonable time. There is no legal authority for the argument that the FBI may choose not to complete a USCIS-requested NNCP name check. *See*, Exhibit Y and Exhibit Z.

47.      Plaintiff has demonstrated that his claim for relief from the FBI's inaction is clear and certain in that there is no legal authority for the FBI to justify its inaction or to refuse to complete his USCIS-requested NNCP name check.

48.      The FBI's duty to complete Plaintiff's NNCP name check is purely ministerial in nature and so plainly prescribed by Executive Order that the Agency's duty is free from doubt.

49.      Plaintiff's exhaustion of remedies, as described above, shows that there is no other adequate remedy available to him.

## VI.  INJURIES TO PLAINTIFF

50.      Plaintiff is adversely affected by the Defendant FBI's inaction described above in that his ability to participate in the U.S. political process by voting is denied to him.  In addition, his ability to travel freely and be with his loved ones is restrained.

51.      Plaintiff has lost a significant amount of work time while pursuing the adjudication of his N-400 application, including but not limited to, making inquiries to the USCIS and FBI and meeting with his attorneys.

## VII.  GROUNDS FOR RELIEF

52.      Defendant USCIS' inaction and refusal to adjudicate Plaintiff's application is both arbitrary and capricious, as USCIS has a **mandatory, non-discretionary** duty, as required by law, to complete this process.  *See*, 8 C.F.R. §335.1 and 335.3(a)

53.      Defendant FBI's inaction and refusal to complete Plaintiff's NNCP screen and to transmit a "FBIQUERY System" response is both arbitrary and capricious, as the FBI has a **mandatory, non-discretionary** duty, as required by law, to complete this process.  5 U.S.C. §701, 702 and 706, et seq. and 5 U.S.C. §555.

54.      Defendant FBI's inaction is a violation of the APA in that it has unlawfully withheld or unreasonably delayed action on Plaintiff's FBI NNCP name check.

14

55.    The APA provides a remedy to "compel agency action unlawfully withheld or unreasonably delayed." 5 U.S.C. § 706(I).

56.    Mandamus is a remedy available for extreme agency delay where the agency has not performed a mandatory action. 28 U.S.C. § 1361.

57.    If Plaintiff prevails under any of his claims stated herein, he is entitled to recover his attorneys' fees and costs under the EAJA, as amended, 5 U.S.C. §504 and 28 U.S.C. §2412.

## VIII.  CLAIMS FOR RELIEF

58.    Defendant USCIS has unreasonably delayed and failed to perform a mandatory action in adjudicating Plaintiff's N-400 application for almost two (2) years, depriving Plaintiff of his U.S. citizenship, as well as all benefits conferred there from.

59.    Defendant FBI has unreasonably delayed and failed to perform a mandatory action in completing Plaintiff's NNCP screen and transmitting a "FBIQUERY System" response to the USCIS, thereby preventing the adjudication of Plaintiff's N-400 application for almost two (2) years, depriving Plaintiff of his U.S. citizenship, as well as all benefits conferred there from.

60.    Defendant USCIS owes Plaintiff the duty to adjudicate his N-400 application and has unreasonably failed to perform this duty.

61.    Defendant FBI owes Plaintiff the duty to act and complete his NNCP screen and transmit a "FBIQUERY System" response and has unreasonably failed to perform these duties.

62.    Plaintiff has exhausted any administrative remedies that may exist. No other remedy exists for Plaintiff to resolve Defendant USCIS and FBI's inaction.

WHEREFORE, Plaintiff prays that this Honorable Court:

(1)    Compel Defendant Secretary Chertoff and Defendant Director Gonzalez, and those acting under them, to perform their duty to adjudicate Plaintiff's N-400 application within thirty (30) days of this Court's order;

(2)    Compel Defendant Attorney General Mukasey and Defendant FBI Director Robert Mueller, and those acting under them, to perform their duty to complete Plaintiff's NNCP screen and transmit a "FBIQUERY System" response to the USCIS;

(3)    Grant such other and further injunctive or equitable relief as this Court deems proper under the circumstances; and

(4)    Grant attorney's fees, expenses and costs of court, pursuant to the EAJA.


Aron A. Finkelstein, Esquire
DC Bar No. MD25560
Murthy Law Firm
10451 Mill Run Circle
Suite 100
Owings Mills, MD 21117
(410) 356-5440

Attorney for Plaintiff

16

JS-44
(Rev.1/05 DC)

## CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| MOTIVALA, Amol Amar | Michael Chertoff, Sec. DHS, Michael Mukasey, US AG, Robert Mueller, Dir. FBI, E. Gonzalez, Dir. USCIS, C. Zaragoza and G. Heinauer, USCIS |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Cook County (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Washington, DC (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Aron A. Finkelstein, Esq. Murthy Law Firm 10451 Mill Run Circle, Suite 100 Owings Mills, MD 21117  Tele: (410) 356-5440 | |

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 3 Federal Question (U.S. Government Not a Party)

◉ 2 U.S. Government Defendant

○ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

○ **B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

◉ **C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**    OR    ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Petition for de novo hearing and an action under 28 U.S.C. Sec. 1361 challenging unreasonable FBI and USCIS delay in processing an N-400 application

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23 | **DEMAND $** _____<br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐   NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE _3/11/08_    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

# EXHIBIT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#: 457A4745

On 3.23.06 , you were interviewed by USCIS officer Maujann Aguilar Gomez

☑ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) _____ A decision cannot yet be made about your application.

It is very important that you:

☑ Notify USCIS if you change your address

☑ Come to any scheduled interview.

☑ Submit all requested documents.

☑ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#), and a copy of this paper.

☑ Go to any Oath Ceremony that you are scheduled to attend.

☑ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE:** Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

# EXHIBIT B

# U.S. DEPARTMENT OF HOMELAND SECURITY

**Citizenship and Immigration Services**
**Federal Building**
**210 Walnut Street**
**Room 369**
**Des Moines, IA 50309**



Public Information Number:  (515) 323-2050

RE:  *Amol Motivala    A45794745*

To whom it may concern:

This letter serves as notice that the above named individual appeared at the Des Moines office

(Omaha District) of the Citizenship and Immigration Services (CIS),  regarding a CIS matter,

on  _____*March*_____*23*_____*2007*_____ .
         (month)              (day)            (year)

Sincerely,

*Sandy Marckmann    IIO*
~~D. Howe~~ /S. Marckmann
CIS Information Officer

# EXHIBIT C

State of Illinois          )

                        )    SSN:  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

County of Cook        )

## AFFIDAVIT

I, Amol Motivala, after being duly sworn, do hereby state and affirm that:

1.  I am a citizen and national of India, aged 29 years, and am competent to testify to the facts herein.

2.  I reside at 3660 N. Lake Shore Drive, Apartment 2310, in Chicago, Illinois 60613.

3.  My date of birth is July 23, 1978, and I was born in India.

4.  I filed my Form N-400 Application for Naturalization on October 20, 2005, which has now been pending for over two (2) years.

5.  My Form N-400 Application for Naturalization has been pending since October 20, 2005, and I have completed all steps and complied with all U.S. Citizenship and Immigration Service ("USCIS") requests regarding my case.

6.  I have been informed by multiple U.S government sources that my N-400 Application is being delayed because of an unreasonable agency delay in that the Federal Bureau of Investigations ("FBI") has not completed my National Name Check Program (NNCP) clearance and generated a "FBIQUERY System" response, which is required before the USCIS may approve my Adjustment of Status.

7.  I have made numerous requests regarding the status of my delayed N-400 Application including:

    a.  Contacting the USCIS' Nebraska Service Center;

    b.  Making an official inquiry with U.S. Senator Charles E. Grassley;

    c.  Making an official inquiry with U.S. Senator Barrack Obama;

    d.  Making an official inquiry with U.S. Senator Tom Harkin;

    e.  Contacting the Federal Bureau of Investigation; and

    f.  Making an official inquiry with President George W. Bush.

8.  Despite these repeated attempts, and a delay of over two (2) years, my N-400 Application has not been adjudicated due to this FBI NNCP processing delay.

9.  The FBI's unreasonable delay in completing my NNCP check is preventing me from having my N-400 Application adjudicated, and becoming a U.S. citizen.

I AFFIRM under penalty of perjury and upon personal knowledge that the above statements and facts are true and accurate to the best of my knowledge, information and belief.

Signature: _____
Amol Motivala

Date:    02|11|2008

STATE OF _____ILLINOIS_____, CITY/COUNTY OF _____Cook_____,TO WIT:

I HEREBY CERTIFY THAT on this 11 day of _February_, 2008, before me, a Notary Public of the aforesaid State and City/County, personally appeared _Amol Motivala_, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument, who acknowledged that s/he has executed it for the purposes therein set forth.

_____
NOTARY PUBLIC

OFFICIAL SEAL
ENELYN FERREIRA
Notary Public - State of Illinois
My Commission Expires Mar 24, 2010

# EXHIBIT D

## THE UNITED STATES OF AMERICA

| Receipt | NOTICE DATE October 27, 2005 |
|---|---|
| CASE TYPE N400    Application For Naturalization | INS A# A 045 794 745 |

| APPLICATION NUMBER LIN*000834138 | RECEIVED DATE October 20, 2005 | PRIORITY DATE October 20, 2005 | PAGE 1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

AMOL AMAR MOTIVALA
3236 ELAINE DRIVE NW
CEDAR RAPIDS IA  52405

PAYMENT INFORMATION:

Single Application Fee:        $390.00
Total Amount Received:      $390.00
Total Balance Due:               $0.00

ldludddulllmbb

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              July 23, 1978
Address Where You Live:   3236 ELAINE DRIVE NW
                          CEDAR RAPIDS IA 52405

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

INS Office Address:                                      INS Customer Service Number:
US IMMIGRATION AND NATURALIZATION SERVICE               (800) 375-5283
PO BOX 87400
LINCOLN NE 68501-                                        APPLICANT COPY

LIN$000783377



Form I-797C (Rev. 01/31/05) N

# EXHIBIT E



# EXHIBIT F



# EXHIBIT G





Tim /Address

MOTIWALA HOSPITAL, OPP. POLY
TECHNIC , N S MARG, AMBAWAD
AHMEDABAD.

# EXHIBIT H



PERSON IDENTIFIED BY THIS CARD IS ENTITLED TO RESIDE PERMANENTLY AND WORK IN THE U.S.
ALIEN REGISTRATION RECEIPT CARD

*Illinois*    Jesse White   Secretary of State

EXPIRES
10-16-07   07-23-12

DRIVERS
LICENSE

AMOL AMAR MOTIVALA
426 W BELMONT
NO 1406
CHICAGO IL 60657

Birthdate 07-28-78
Male    5'06" 145 lbs   BRN Eyes
Restrictions    Type   Class
               ORG    D



# EXHIBIT I

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**



# THE UNITED STATES OF AMERICA

| | NOTICE DATE |
|---|---|
| Fingerprint Notification | November 16, 2005 |
| | INS A# |
| CASE TYPE<br>N400    Application For Naturalization | A 045 794 745 |

| APPLICATION NUMBER<br>LIN*000834138 | RECEIVED DATE<br>October 20, 2005 | PRIORITY DATE<br>October 20, 2005 | PAGE<br>1 of 1 |
|---|---|---|---|

APPLICANT NAME AND MAILING ADDRESS

AMOL AMAR MOTIVALA
3236 ELAINE DRIVE NW
CEDAR RAPIDS IA 52405

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE APPOINTED DATE AND TIME TO HAVE YOUR FINGERPRINTS TAKEN.** If you are unable to appear at this time, you may go on any **following** Wednesday at the same time noted below, as long as you appear before   02/24/2006. If you do not have your fingerprints taken by that date, your application will be considered abandoned.

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS DES MOINES | 12/02/2005 |
| 210 WALNUT STREET | 11:00 AM |
| #369 | |
| DES MOINES IA 50309 | |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

**WARNING!**

*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

If you have any questions regarding this notice, please feel free to call 1-800-375-5283.

APPLICANT COPY



# EXHIBIT J

# AMAR MOTIVALA M. D.

15th
1st Ave
N.E
3rd floor
U.S. xxx

June 21, 2006

MR.TRAVIS YARBROUGH

SPECIAL AGENT

FEDERAL BUREAU OF INVESTIGATION

CEDAR RAPIDS DIVISION.

Dear Mr. Yarbrough,

With reference to our conversation I am herewith sending the details of my son's application for Citizenship which according to the INS is delayed because of some procedure called random name check with The FBI.

I and my wife are retired Physicians and because of our persistent health problems want to see our son settled soon. It seems, He can only marry his fiancée and bring her here if He gets his Citizenship. He has already finished all the criteria for the same and according to the INS his Citizenship Oath Ceremony can be performed only after they get the Green signal from the FBI.

His details are as follows:

Name : AMOL AMAR MOTIVALA

ARC#:-A045794745

D.O.B: 07 23 1978

SSN: 156 02 5605

INS APPLICATION #: LIN 000834138.

Thanking You,

Yours truly,

Amar Motivala.

223 Edgewood Road NW, Cedar Rapids, IA 52405
Tel: 319 573 3904 Fax: 319 862 1730 E-Mail: amarmotivala@gmail.com

# EXHIBIT K

# Casework SnapShot Report ( 1568560) For Amol Motivala

## Casework Information:

| | | | |
|---|---|---|---|
| Type: IMM | File Locn.: 6212kdt017 | Due Date : 10/10/2006 | Staff : kdt |
| Status: P | Active Date: 08/01/2006 | Update Date: 09/11/2006 | Closed Date: |
| Claim No.: | Grant Name: | | |
| Interest Code: | | | |
| Synopsis: security clearance | | | |

## Contact Information:
### Constituents

Primary  3583891 Amol Motivala          C/io /swatu Dandikar Cedar Rapids, IA 52401          (H) (319) 431-3882

## Journal Entries:

| | | |
|---|---|---|
| kdt | 09/11/2006 | case still pending |
| kdt | 08/09/2006 | case still pending |
| kdt | 08/01/2006 | Created by kdt Constituent: Amol Motivala |
| kdt | 08/01/2006 | We were contacted by Swati Dandikar on this. Amol Amar is trying to naturalize but he is stuck in the securityh clearance. I called Pat to check on the case. It has been pending since 2-28-06 |

# EXHIBIT L

REPLY TO:

☐ 135 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1501
(202) 224–3744
TTY: (202) 224–4479
e-mail: chuck__grassley@grassley.senate.gov

☐ 721 FEDERAL BUILDING
210 WALNUT STREET
DES MOINES, IA 50309–2140
(515) 288–1145

☐ 206 FEDERAL BUILDING
101 1ST STREET SE
CEDAR RAPIDS, IA 52401–1227
(319) 363–6832

## United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510–1501

REPLY TO:

☐ 103 FEDERAL COURTHOUSE BUILDING
320 6TH STREET
SIOUX CITY, IA 51101–1244
(712) 233–1860

☐ 210 WATERLOO BUILDING
531 COMMERCIAL STREET
WATERLOO, IA 50701–5497
(319) 232–6657

☐ 131 WEST 3RD STREET
SUITE 180
DAVENPORT, IA 52801–1419
(563) 322–4331

☐ 307 FEDERAL BUILDING
8 SOUTH 6TH STREET
COUNCIL BLUFFS, IA 51501–4204
(712) 322–7103

September 27, 2006

Mr. Amol Motivala
3236 Elaine Drive NW
Cedar Rapids, Iowa 52405

Dear Mr. Motivala:

Thank you very much for your information regarding the expedite of your FBI Name Check.  I am glad to have the benefit of the details of your particular case.

In order to be more responsive to your concerns, I have taken the liberty of contacting Federal Bureau of Investigation with regard to this matter.  I will be back in touch with you as soon as the response is received in my office.

Thank you again for your information.

Sincerely,

Chuck Grassley

Charles E. Grassley
United States Senator

CEG/dd

CHAIRMAN,
FINANCE

Committee Assignments:

BUDGET
JUDICIARY
AGRICULTURE

CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER

# EXHIBIT M

REPLY TO:

☐ 135 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1501
(202) 224–3744
TTY: (202) 224–4479
e-mail: chuck_grassley@grassley.senate.gov

☐ 721 FEDERAL BUILDING
210 WALNUT STREET
DES MOINES, IA 50309–2140
(515) 288–1145

☐ 206 FEDERAL BUILDING
101 1ST STREET SE
CEDAR RAPIDS, IA 52401–1227
(319) 363–6832

## United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510–1501

REPLY TO:

☐ 103 FEDERAL COURTHOUSE BUILDING
320 6TH STREET
SIOUX CITY, IA 51101–1244
(712) 233–1860

☐ 210 WATERLOO BUILDING
531 COMMERCIAL STREET
WATERLOO, IA 50701–5497
(319) 232–6657

☐ 131 WEST 3RD STREET
SUITE 180
DAVENPORT, IA 52801–1419
(563) 322–4331

☐ 307 FEDERAL BUILDING
8 SOUTH 6TH STREET
COUNCIL BLUFFS, IA 51501–4204
(712) 322–7103

November 1, 2006

Mr. Amol Motivala
3236 Elaine Drive NW
Cedar Rapids, Iowa 52405

Dear Mr. Motivala:

The Federal Bureau of Investigation has responded to my inquiry
on your behalf. Enclosed is a copy of their reply. You will
note the response states your FBI Name Check is currently
pending.

Please feel free to contact me whenever I can be of further
assistance.

Keep in touch.

Sincerely,

Charles E. Grassley
United States Senator

CEG/dd

CHAIRMAN,
FINANCE

Committee Assignments:

BUDGET
JUDICIARY
AGRICULTURE

CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER

**Delaney, Danielle (Grassley)**

**From:**

**Sent:**    Wednesday, November 01, 2006 5:36 AM

**To:**    Delaney, Danielle (Grassley)

**Subject:** AMOL MOTIVALA

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning AMOL MOTIVALA revealed that a request was received from the United States Citizenship and Immigration Services on 11/14/2005, and is currently in ʳ     ʰing status.

The FBI processes millions of naːːe check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent.

# EXHIBIT N

REPLY TO:

☐ 135 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1501
(202) 224–3744
TTY: (202) 224–4479
e-mail: chuck_grassley@grassley.senate.gov

☐ 721 FEDERAL BUILDING
210 WALNUT STREET
DES MOINES, IA 50309–2140
(515) 288–1145

☐ 206 FEDERAL BUILDING
101 1ST STREET SE
CEDAR RAPIDS, IA 52401–1227
(319) 363–6832

# United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510–1501

REPLY TO:

☐ 103 FEDERAL COURTHOUSE BUILDING
320 6TH STREET
SIOUX CITY, IA 51101–1244
(712) 233–1860

☐ 210 WATERLOO BUILDING
531 COMMERCIAL STREET
WATERLOO, IA 50701–5497
(319) 232–6657

☐ 131 WEST 3RD STREET
SUITE 180
DAVENPORT, IA 52801–1419
(563) 322–4331

☐ 307 FEDERAL BUILDING
8 SOUTH 6TH STREET
COUNCIL BLUFFS, IA 51501–4204
(712) 322–7103

January 11, 2007

Mr. Amol Motivala
3236 Elaine Drive NW
Cedar Rapids, Iowa 52405

Dear Mr. Motivala:

Thank you very much for your information regarding status of your
FBI Name Check.  I am glad to have the benefit of the details of
your particular case.

In order to continue to be responsive to your concerns, I have
taken the liberty of contacting the Federal Bureau of
Investigation with regard to this matter.  I will be back in
touch with you as soon as the response is received in my office.

Thank you again for your information.

Sincerely,

Chuck Grassley

Charles E. Grassley
United States Senator

CEG/dd

Committee Assignments:

CHAIRMAN,
FINANCE

BUDGET
JUDICIARY
AGRICULTURE

CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER

# EXHIBIT O

**U.S. Department of Homeland Security**
210 Walnut Street, Room 369
Federal Building
Des Moines, IA 50309



**U.S. Citizenship
and Immigration
Services**

Tuesday, February 27, 2007

AMOL A MOTIVALA
3236 ELAINE DR
CEDAR RAPIDS IA 52405

Dear AMOL A MOTIVALA:

On 02/22/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN*000834138 |
| **Beneficiary (if you filed for someone else):** | MOTIVALA, AMOL, A |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Your file has been transferred to our National Records Center. If you would like us to order your file, please make an Info Pass appointment for the Des Moines CIS office to come in to request us to order your file.

Thank you.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# EXHIBIT P

REPLY TO:

135 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1501
(202) 224-3744
TTY: (202) 224-4479
e-mail: chuck__grassley@grassley.senate.gov

721 FEDERAL BUILDING
210 WALNUT STREET
DES MOINES, IA 50309–2140
515) 288-1145

206 FEDERAL BUILDING
101 1ST STREET SE
CEDAR RAPIDS, IA 52401–1227
319) 363-6832

REPLY TO:

☐ 103 FEDERAL COURTHOUSE BUILDING
320 6TH STREET
SIOUX CITY, IA 51101–1244
(712) 233-1860

☐ 210 WATERLOO BUILDING
531 COMMERCIAL STREET
WATERLOO, IA 50701–5497
(319) 232-6657

☐ 131 WEST 3RD STREET
SUITE 180
DAVENPORT, IA 52801–1419
(563) 322-4331

☐ 307 FEDERAL BUILDING
8 SOUTH 6TH STREET
COUNCIL BLUFFS, IA 51501–4204
(712) 322-7103

# United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510–1501

April 5, 2007

Mr. Amol Motivala
3236 Elaine Drive NW
Cedar Rapids, Iowa 52405

Dear Mr. Motivala:

The Federal Bureau of Investigation has responded to my inquiry
on your behalf.  Enclosed is a copy of their reply.  You will
note the response states your FBI Name Check is currently in
process.

Please feel free to contact me whenever I can be of further
assistance.

Keep in touch.

Sincerely,

Charles E. Grassley
United States Senator

CEG/dd

NG MEMBER,
NANCE

Committee Assignments:

BUDGET
JUDICIARY
AGRICULTURE

CO-CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

March 27, 2007

Honorable Charles E. Grassley
United States Senator
206 Federal Building
101 First Street, South East
Cedar Rapids, IA 52401-1227

Dear Senator Grassley:

      I am responding to your letter dated January 11, 2007, directed to Ms. Eleni Kalisch of our Office of Congressional Affairs, concerning the name check status of Mr. Amol Motivala for immigration purposes.

      A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Mr. Motivala revealed that his request was received from the United States Citizenship and Immigration Services (USCIS) on November 14, 2005, and is currently in process.

      The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, Mr. Motivala may be assured that the results will be made available to the immigration authorities as quickly as possible.

      I trust this information will assist you in responding to your constituent.

Sincerely,

William L. Hooton

William L. Hooton
Assistant Director
Records Management Division

# EXHIBIT Q

HARKIN
OWA

(202) 224-3254
Fax: (202) 224-9369
TTY (202) 224-4633
http://harkin.senate.gov

COMMITTEES:
AGRICULTURE
CHAIR

APPROPRIATIONS

HEALTH, EDUCATION,
LABOR, AND PENSIONS

SMALL BUSINESS

# United States Senate

WASHINGTON, DC 20510–1502

April 13, 2007

Amol Motivala
3236 Elaine Drive
Cedar Rapids, IA 52405

Dear Amol:

Thank you for contacting my office and sharing with me your frustration concerning the difficulties you are experiencing with the Federal Bureau of Investigation. I understand you have not been able to adjust your immigration status because you have not cleared the required background security check.

My staff contacted the FBI and was told this case is still pending. I have been assured the agency is actively working this case and will notify immigration officials when the security clearance is completed. As you may know, every person submitting an application with the United States Bureau of Citizenship and Immigration Services must undergo a background security check to ensure the applicant is entitled to immigration benefits. In 80 percent of the cases, the clearance is completed in a matter of days. Of the remaining 20 percent, most are resolved in less than six months. Less than one percent of the cases remain pending longer than six months. For your information, I am enclosing a copy of the USCIS' fact sheet on Understanding the Immigration Security Process.

I regret this response is not more favorable. I have asked Kim Taylor of my Cedar Rapids staff to continue monitoring the status of your case. This is something she has done for the past several months. Rest assured Ms. Taylor will notify you when the case is cleared.

Sincerely,

Tom Harkin
United States Senator

TH/kdt

FIRST AVENUE, NE
SUITE 370
AR RAPIDS, IA 52401
(319) 365-4504

210 WALNUT STREET
733 FEDERAL BUILDING
DES MOINES, IA 50309
(515) 284-4574

1606 BRADY STREET
SUITE 323
DAVENPORT, IA 52803
(563) 322-1338

350 WEST 6TH STREET
315 FEDERAL BUILDING
DUBUQUE, IA 52001
(563) 582-2130

320 6TH STREET
110 FEDERAL BUILDING
SIOUX CITY, IA 51101
(712) 252-1550

# EXHIBIT R

**U.S. Department of Homeland Security**
USCIS
1717 Avenue H
Omaha,NE 68110-2752



**U.S. Citizenship
and Immigration
Services**

Monday, July 16, 2007

AMOL MOTIVALA
426 W BELMONT AVE
CHICAGO IL 60657

Dear Amol Motivala:

On 06/18/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Amol Motivala |
| **Case type:** | N400 |
| **Filing date:** | Information not available |
| **Receipt #:** | LIN*000834138 |
| **Beneficiary (if you filed for someone else):** | Motivala, Amol |
| **Your USCIS Account Number (A-number):** | A045794745 |
| **Type of service requested:** | Change of Address |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending case for the purpose of processing. We have updated your address. Your address now appears on your application or petition as the address shown above.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

# EXHIBIT S

REPLY TO:

☐ 135 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510–1501
(202) 224–3744
TTY: (202) 224–4479
e-mail: chuck_grassley@grassley.senate.gov

☐ 721 FEDERAL BUILDING
210 WALNUT STREET
DES MOINES, IA 50309–2140
(515) 288–1145

☐ 206 FEDERAL BUILDING
101 1ST STREET SE
CEDAR RAPIDS, IA 52401–1227
(319) 363–6832

REPLY TO:

☐ 103 FEDERAL COURTHOUSE BUILDING
320 6TH STREET
SIOUX CITY, IA 51101–1244
(712) 233–1860

☐ 210 WATERLOO BUILDING
531 COMMERCIAL STREET
WATERLOO, IA 50701–5497
(319) 232–6657

☐ 131 WEST 3RD STREET
SUITE 180
DAVENPORT, IA 52801–1419
(563) 322–4331

☐ 307 FEDERAL BUILDING
8 SOUTH 6TH STREET
COUNCIL BLUFFS, IA 51501–4204
(712) 322–7103

## United States Senate

CHARLES E. GRASSLEY

WASHINGTON, DC 20510–1501

September 25, 2007

Mr. Amol Motivala
3236 Elaine Drive NW
Cedar Rapids, Iowa 52405

Dear Mr. Motivala:

The Federal Bureau of Investigation has responded to my inquiry on your behalf. Enclosed is a copy of their reply. You will note the response states your FBI Name Check is currently in process.

Please feel free to contact me whenever I can be of further assistance.

Keep in touch.

Sincerely,

Charles E. Grassley
United States Senator

CEG/dd

RANKING MEMBER,
FINANCE

Committee Assignments:

BUDGET
JUDICIARY
AGRICULTURE

CO-CHAIRMAN,
INTERNATIONAL NARCOTICS
CONTROL CAUCUS

PRINTED ON RECYCLED PAPER

## Delaney, Danielle (Grassley)

**From:** Nevens, Rene L.

**Sent:** Tuesday, September 25, 2007 12:54 PM

**To:** Delaney, Danielle (Grassley)

**Subject:** FBI Name check - Amol Motivala

It is requested that you do not send messages back to this email account nor provide this email address outside of your office.

Please advise constituents that the FBI does not expedite name check requests. The customer agency determines the expedited handling of name checks.

Dear Ms. Delaney,

I am responding to your facsimile dated June 22, 2007, concerning the name check status of Amol Motivala for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Mr. Motivala revealed that the request was received from the United States Citizenship and Immigration Services (USCIS) on November 14, 2005, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information must be to your constituent; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, your constituent may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent. Should you have further questions, please refer to the FBI's internet site, www.fbi.gov. This site provides excellent information on the name check process. In the event that you require further assistance, please do not hesitate to call the FBI's Office of Congressional Affairs

Sincerely,

Michael A. Cannon/rln

Section Chief

National Name Check Program

Records Management Division

Federal Bureau of Investigation

# EXHIBIT T

**THE WHITE HOUSE**

WASHINGTON

October 1, 2007

Dr. Amar Motivala, M.D.
223 Edgewood Road North West
Cedar Rapids, Iowa 52405

Dear Dr. Motivala:

On behalf of President Bush, thank you for your correspondence.

We are sending your inquiry to the Department of Homeland Security. This agency has the expertise to address your concerns. They will respond directly to you, as promptly as possible.

The President sends his best wishes.

Sincerely,

Darren K. Hipp
Special Assistant to the President
and Director of Presidential Correspondence

# EXHIBIT U

U.S. Department of Homeland Security
Washington, DC 20529



U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2.1-C

OCT 1 8 2007

Mr. Amol Motivala
3236 Elaine Drive, Northwest
Cedar Rapids, IA 52405

Dear Mr. Motivala:

This is in response to your father, Dr. Amar Motivala's letter of September 10, 2007, to President Bush, concerning your immigration status. This letter was forwarded to the Customer Assistance Office, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services (USCIS) for a response. We have assigned it case # 730540.

We understand your father's concern and appreciate your desire to have your Form N-400, Application for Naturalization, processed as quickly as possible. We regret the length of time it has taken to process your N-400 application. Our records reflect that the processing of your case has been delayed because the required investigation into your background is still in process. Until the background investigation is completed, we cannot move forward on your case.

Please understand that these background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. Attached, you will find two enclosures with detailed information regarding why the process exists, how it works, as well as the circumstances when the process can be expedited.

While an exact date for completion of your background check cannot be given at this time, we will make every effort to make a decision on this case as soon as the background checks are complete.

Mr. Amol Motivala
Page 2

We appreciate your continued patience.  If you need additional assistance or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Christine Gooding, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:  Fact Sheet, Immigration Security Checks – How and Why the Process Works
            USCIS Update – USCIS Clarifies Criteria to Expedite FBI Name Check

WH614684

# EXHIBIT V

COMMITTEES:

HEALTH, EDUCATION, LABOR AND PENSIONS

HOMELAND SECURITY AND
GOVERNMENTAL AFFAIRS

FOREIGN RELATIONS

VETERANS' AFFAIRS

# United States Senate

WASHINGTON, DC 20510

October 25, 2007

Mr. Amol Motivala
426 W Belmont #1406
Chicago, Illinois 60657

Dear Mr. Motivala:

Some time ago you contacted the Chicago District Office of U.S. Senator Barack Obama. Regrettably, due to the high volume of cases that we receive daily, your documents were inadvertently misplaced.

Just recently we came upon the correspondence you sent to us. We apologize if the delay in our response has caused you any inconvenience and are contacting you now to inform you that we have submitted and inquiry to the Nebraska Service Center of the United States Citizenship and Immigration Services (USCIS) on your behalf. Please be aware that USCIS typically takes between thirty (30) and sixty (60) days to respond.

If you have additional information or concerns on your case, please contact me at 312-886-3506.

Sincerely,

Sana Hussain
Constituent Services Agent

Office of U.S. Senator Barack Obama
230 S. Dearborn, Suite 3900
Chicago, Illinois 60604

WASHINGTON OFFICE
713 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
OFFICE (202) 224–2854
FAX (202) 228–4260

CHICAGO OFFICE
230 S. DEARBORN
SUITE 3900
CHICAGO, IL 60604
OFFICE (312) 886–3506
FAX (312) 886–3514

SPRINGFIELD OFFICE
607 EAST ADAMS
SUITE 1520
SPRINGFIELD, IL 62701
OFFICE (217) 492–5089
FAX (217) 492–5099

MARION OFFICE
701 NORTH COURT STREET
MARION, IL 62959
OFFICE (618) 997–2402
FAX (618) 997–2850

MOLINE OFFICE
1911 52ND AVENUE
MOLINE, IL 61265
OFFICE (309) 736–1217
FAX (309) 736–1233

# EXHIBIT W



Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resources    Press Room

→ **Change of Address Online**

→ **Case Status**

→ **Processing Times**

# USCIS Online Change of Address

## Confirmation Page

Your Online Change of Address electronic confirmation number for your **Form N400** is: **CA10070803258NSC**. Please print this page for your records.

Thank you for completing your change of address online.

You have successfully notified USCIS to update your address on the application or petition about which you provided information in the previous screens. If you have another pending application or petition, you will receive separate Online Change of Address confirmation numbers for each application or petition in which you complete an online change of address.

You should expect USCIS to send you a notification within 45 days that we have received your Change of Address and have updated your pending Application or Petition. If you do not receive a notification with 45 days, please call customer service at 1-800-375-5283 and have your Online Change of Address electronic confirmation number listed above with your Pending Form Number available.

**Next Step**

- If you have any other applications or petitions pending with USCIS, please click to Create another Online Change of Address.

01-07-2008 02:50 PM EST

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

# EXHIBIT X



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

*February 21, 2008*

MS. AMOL MOTIVALA
APARTMENT 2310
3860 NORTH LAKE SHORE DRIVE
CHICAGO, IL 60657

Request No.: 1110251
Subject: MOTIVALA, AMOL

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure

# EXHIBIT Y

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Zaigang Liu,                                ) Case No.: 1:07CV00263
                                            )
          Plaintiff,                        )
                                            )
    vs.                                     ) Declaration of Bradley J. Brouillette
                                            )
Paul Novak, Director, Vermont Service Center )
U.S Department of Homeland Security, U.S.   )
Citizenship and Immigration Services; Emilio )
Gonzalez, Director, U.S. Citizenship and    )
Immigration Services; Robert S. Mueller, III,
Director, Federal Bureau of Investigation,

          Defendants

I, BRADLEY J. BROUILLETTE declare as follows:

1.    I am employed by the United States Citizenship and Immigration Services (hereinafter

      "USCIS") as a Supervisory Center Adjudications Officer at the Vermont Service Center

      (hereinafter "VSC"), in St. Albans, Vermont. I have held this position since December

      2003. I have been employed by the agency in various capacities since November 1995. I

      make this declaration based on my personal knowledge and my review of official

      documents and records maintained by the USCIS. If called to testify, I could and would

      do so competently.

2.    This declaration is submitted in support of Defendants' motion to dismiss in the case of

      Zaigang Liu v. Novak et al., 1:07CV00263, now pending before the United States

      District Court for the District of Columbia. It provides a factual summary of the agency's

      adjudication policy as well as a review of the plaintiff's file.

1

3.   When a visa petition or other application seeking an immigration benefit on behalf of an alien is filed with USCIS, the agency conducts numerous mandatory criminal and national security background checks. These checks are conducted both to enhance national security and ensure the integrity of the immigration process. These security and background checks serve to screen out aliens who may seek to harm the United States and its citizens or who may be seeking immigration benefits improperly or fraudulently. These security checks have yielded information about applicants involved in violent crimes, sex crimes, crimes against children, drug trafficking and individuals with known links to terrorism. Pursuant to established agency policy, all required security checks must be completed prior to adjudication of the application.

4.   The attached Fact Sheet explains the different types of checks that must be completed. (See Fact Sheet, dated April 25, 2006, a true and correct copy of which is attached hereto as Exhibit 1). The checks include the FBI Name Check, FBI fingerprint check, and the DHS-managed Interagency Border Inspection System (IBIS). The records maintained in the FBI name check process consist of administrative, applicant, criminal, personnel and other files compiled by law enforcement agencies. Although in the majority of FBI name checks no matches are found, some cases involve complex or highly sensitive information and cannot be resolved quickly. The IBIS system contains records and information from more than 20 federal law enforcement and intelligence agencies including the Central Intelligence Agency (CIA), FBI and other divisions of the U.S. Department of Justice, the Department of State, DHS Customs and Border Protection (CBP) and other DHS agencies. It is a multi-agency effort with a central system that combines information from these various sources and databases to compile information regarding national security risks, public safety concerns, and other law enforcement concerns. IBIS provides, but is not limited to, information related to persons who are wanted criminals, persons of interest in the context of national security, and other derogatory information, including adverse immigration history. While the

2

1   results of an IBIS query are usually available immediately, in some cases information
2   found will require further investigation. Finally, FBI fingerprint checks provide
3   information relating to criminal background within the United States. Results are
4   usually received within days and while the vast majority results in no criminal record,
5   positive results may have a direct bearing on the eligibility of an applicant for the
6   immigration benefit being sought.

7   5.    Once USCIS receives an I-485 a file is opened and an electronic record of that
8         application is created. Much of this initial electronic processing and data entry is
9         automated, including the automatic generation and electronic transmission of a FBI name
10        check request in FBIQUERY, the FBI repository and tracking system for FBI Name
11        Check requests. Once the initial file creation and processing of an I-485 application is
12        complete, each file is placed on an I-485 pending shelf for processing and adjudication in
13
14        chronological order according to date of receipt.

15  6.    Due to bi-specialization, the VSC no longer accepts any new I-485 applications. All
16        pending cases being held for FBI name and date of birth check clearance and Visa
17        Availability have been sent to the Texas Service Center. The VSC has retained
18        approximately 15,000 pending cases in which the adjudicative process had already begun
19        and the adjudication of those cases will be completed at the VSC.
20
21  7.    VSC periodically runs an electronic report in FBIQUERY system for all files on the I-
22        485 pending shelf to confirm the successful transmission of the FBI Name Check request
23        and to identify those applications that have received responses from the FBI name checks
24        and FD-258 (fingerprints) and are thus ready for adjudication. FBI name check requests
25        that have been received by the FBI but have not yet been completed are indicated by a
26        notation of "Pending" in FBIQUERY. An FBI Name Check that has been completed will
27

3

1  be indicated by various entries depending on the result, including No Record, Positive

2  Response, etc.

3  8.  This report will also identify those I-485 applications that have received a "No Data" or

4  "Error" response in FBIQUERY indicating a problem with transmission of the name

5  check request from USCIS to the FBI. If such a problem is reported, the FBI name check

6  requests will then be initiated a second time and resent manually or electronically to the

7  FBI for a response. In this way USCIS ensures that the FBI has in fact received all

8  requests for name checks.

9

10  9.  All files on the FBI Name Check Shelf are audited regularly in order to identify those in

11  which a response from the FBI has been received. This audit is conducted at least every

12  three weeks or more often. In this manner the agency ensures that as FBI responses are

13  received, files are expeditiously released for adjudication. FBIQUERY reports do not

14  provide USCIS with any indication as to what information the FBI may have relating to a

15  particular alien, whether an FBI investigation into the particular alien has been

16  undertaken, or whether there are national security concerns relating to that alien.

17

18  10.  For most applicants, USCIS can quickly determine if there are criminal or security

19  related issues in the applicant's background that affect eligibility for immigration

20  benefits. However, due both to the sheer volume of security checks USCIS conducts,

21  and the fact that USCIS must await responses from the FBI or other relevant agencies

22  that conduct some of the required security checks, some delays on individual

23  applications are unavoidable and may be lengthy. Moreover, in some cases a

24  background or security check will reveal that positive (derogatory) information on the

25  subject alien is possessed by some agency other than USCIS without necessarily

26  revealing the substance of that information. In such cases, USCIS works closely with

27  the other law enforcement or intelligence agencies to obtain all available information

4

1  concerning the positive result in order to properly evaluate its significance. Even where
2  the FBI or a third agency has provided a final response, a case may still be considered
3  pending where the response requires further investigation or review by USCIS or
4  another agency.  It is vitally important to thoroughly screen each applicant in order to
5  resolve all concerns of a law enforcement or national security nature before determining
6  that an individual is eligible for an immigration benefit.
7  11.  The agency's policy for requesting expedited security checks requires that the applicant
8  meet one of the following criteria:
9  1.  Military Deployment.
10  2.  Age-out cases not covered by the Child Status Protection Act and applications
11  affected by sunset provisions such as the Diversity Visa Program.
12
13  3.  Compelling reasons provided by the requesting office such as critical medical
14  conditions.
15  4.  Loss of Social Security benefits or other subsistence at the discretion of the
16  Director.
17  U.S. Citizenship and Immigration Services (USCIS) is no longer routinely requesting the
18  FBI to expedite a name check when the only reason for the request is that a mandamus
19  (or other federal court petition) is filed in the case.
20
21  12.  USCIS reports the average processing times for specific applications and petitions on the
22  USCIS website.  This information reflects only average processing times on the date the
23  information is published.  Average processing times fluctuate widely and will sometimes
24  even regress for a specific form type due to a number of factors, including a reallocation
25  of agency resources, reordering of the agency's priorities, and other reasons.
26  Additionally, not every application will require the same level of inquiry.  Some may
27

5

1    require a more detailed level of review and or investigation from either the USCIS or

2    other agencies for a number of reasons ranging from the alien's eligibility for the benefit

3    sought to national security concerns. Accordingly, even when it appears that the

4    adjudication of a particular application is outside the average processing time, this does

5    not establish that the delay is unreasonable or even due to factors within the control of

6    USCIS.

7

8    13.    The FBI has an established process of processing FBI Name Check requests from USCIS

9    chronologically based on the date the request is forwarded. As stated above, certain

10   requests can be expedited if they meet specific expedite criteria. However, it is important

11   to note that whenever a particular application or petition receives expedited processing

12   and is moved up in the queue, it is at the expense of those still unadjudicated petitions or

13   applications that bear an earlier filing date. There is no statutory or regulatory time limit

14   for the adjudication of I-485s. Moreover, an alien who has applied for adjustment of

15   status may apply for and obtain employment authorization for the entire time his or her

16   application is pending. Most applicants for adjustment of status may also apply for and

17   obtain advance parole to enable them to travel abroad during the pendency of their

18   application. Thus, applicants for adjustment of status are not as adversely affected by

19   delays in the adjudication of their applications as are aliens filing for other immigration

20   benefits.

21

22   14.    In my capacity as a Supervisory Center Adjudications Officer at the VSC, I have access

23   to the official files and records of the USCIS. I have reviewed the system records for

24   plaintiff LIU, Zaigang, A97 486 586. The record reflects that on July 23, 2003, plaintiff

25   Liu filed an application for adjustment of status to permanent resident on Form I-485.

26

27

1   Plaintiff seeks adjustment as a derivative beneficiary on an approved I-140 employment

2   based visa petition for his spouse Lu Zhang. To date, plaintiff's application remains

3   pending the completion of security checks. Once the required security checks are

4   completed, the plaintiff's application will be adjudicated.

5

6   15.  Because the plaintiff's case does not meet one of the above-mentioned expedite criteria,

7   the agency is unable to request an expedite of the security check clearance on his behalf.

8   For this reason the USCIS cannot adjudicate plaintiff's I-485 application for adjustment

9   of status until such time as all security checks are complete.

10

11  I declare under penalty of perjury that the foregoing is true and correct. Executed this

12  23rd day of April, 2007 at St. Albans, Vermont.

13

14

15

16  Bradley J. Brouillette
    Supervisory Center Adjudications Officer
17  Vermont Service Center

18

19

20

21

22

23

24

25

26

27

7

# EXHIBIT Z

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ZIAGANG LIU,                    )
                               )
          Plaintiff,           )
                               )
     v.                        )    Case No:
                               )    07-CV-00263
PAUL NOVAK,                    )
          et al.,              )
                               )
          Defendants.          )

## DECLARATION OF MICHAEL A. CANNON

Michael A. Cannon, pursuant to 28 U.S.C. § 1746, declares the following:

(1)    I am currently the Section Chief of the National Name Check Program Section at the Headquarters of the Federal Bureau of Investigation ("FBI") in Washington, D.C. I have held that position since March 7, 2005.

(2)    In my current capacity as Section Chief, I supervise the National Name Check Units. The statements contained in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed by the FBI in responding to requests for information from its files pursuant to the policy and the procedures of the United States Citizenship and Immigration Services ("USCIS"). Specifically, I am aware of the name check request for Zaigang Liu, the plaintiff in this civil action.

## NATIONAL NAME CHECK PROGRAM

(4)    The National Name Check Program ("Program") has the mission of disseminating information from the FBI's Central Records System in response to requests submitted by federal agencies, congressional committees, the federal judiciary, friendly foreign

police and intelligence agencies, and state and local criminal justice agencies. The Central
Records System ("CRS") contains the FBI's administrative, personnel, and investigative files.
The Program has its genesis in Executive Order No. 10450, issued during the Eisenhower
Administration. That executive order addresses personnel security issues and mandates National
Agency Checks as part of the pre-employment vetting and background investigation process for
prospective Government employees. The FBI performs the primary National Agency Check
conducted on all United States Government employees. From this modest beginning, the
Program has grown exponentially, with more and more customers seeking background
information from FBI files on individuals before bestowing a privilege, such as Government
employment or an appointment, a security clearance, attendance at a White House function, a
"green card" or naturalization, admission to the bar, or a visa. More than 70 federal, state, and
local agencies regularly request FBI name searches. In addition to serving our regular
Government customers, the FBI conducts numerous name searches in direct support of the FBI's
counterintelligence, counterterrorism, and homeland security efforts.

## EXPLANATION OF THE CENTRAL RECORDS SYSTEM

(5)    The FBI's CRS enables the FBI to maintain all information which it has
acquired in the course of fulfilling mandated law enforcement responsibilities. The records
maintained in the CRS consist of administrative, applicant, criminal, personnel, and other files
compiled for law enforcement purposes. This system consists of a numerical sequence of files
broken down according to subject matter. The subject matter of a file may relate to an
individual, organization, company, publication, activity, or foreign intelligence matter. Certain
records in the system are maintained at FBI Headquarters. Records which are pertinent to
specific FBI Field Offices are mostly maintained at those Field Offices.

(6)    FBI Headquarters and each Field Division can access the CRS through the
FBI's General Indices. The General Indices are arranged in alphabetical order and consist of
indices on various subjects, including the names of individuals and organizations. Only the
information considered pertinent, relevant, or essential for future retrieval is indexed.

    (7) Communications directed to FBI Headquarters from various Field Offices and Legal Attaches are filed in the pertinent case files and indexed to the names of individuals, groups, or organizations which are listed in the case captions or titles as subjects, suspects, or victims. Searches made in the index to locate records concerning particular subjects are made by searching the name of the subject requested in the index.

    (8) The entries in the General Indices fall into two categories:

     (a) "main" entries – entries that carry the name corresponding with the subject of a file contained in the CRS.

     (b) "reference" entries – entries (sometimes called "cross-references") that generally only mention or reference an individual, organization, etc., that is contained in a document located in another "main" file.

    (9) In 1995, the FBI implemented the Automated Case Support ("ACS") system for its Headquarters, Field Offices, and Legal Attaches. More than 105 million records were converted from automated systems previously utilized by the FBI. The ACS system consists of the following three automated applications that support case management functions for all investigative and administrative cases:

     (a) Investigative Case Management: This application provides the ability to open, assign, and close investigative and administrative cases as well as to set, assign, and track leads. A case is opened by the Office of Origin, which sets leads for itself and other field offices, as needed. The offices that receive the leads are referred to as Lead Offices. When a case is opened, it is assigned a Universal Case File Number, which is utilized by FBI Headquarters and all offices conducting or assisting in the investigation. Using fictitious file number "111-HQ-12345" as an example, an explanation of the Universal Case File Number is as follows: "111" indicates the classification for that specific type of investigation; "HQ" is the abbreviated form used for the Office of Origin of the investigation (in this case, FBI Headquarters); and "12345" indicates the individual case file number for that particular investigation.

     (b) Electronic Case File: This application serves as the central electronic repository for the FBI's official text-based documents. It supports the universal serial concept, where only the creator of a document serializes it into a file, providing single source entry of serials into the

computerized system. All serials originated by the Office of Origin are maintained in the Office of Origin's case file.

(c)    Universal Index: This application, sometimes referred to as "UNI", continues the universal concepts of the ACS system by providing a complete subject/case index to all investigative and administrative cases. Only the Office of Origin is required to index. However, the Lead Offices may index additional information as needed. The Universal Index, which consists of an index of approximately 98.2 million records, functions to index names to cases, and to search names and cases for use in the FBI investigative and administrative cases. Names of individuals or entities are recorded with identifying information such as the date or place of birth, race, sex, locality, social security number, address, or date of event.

(10)   The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent, the supervisor in the field division conducting the investigation, and the supervising FBI Special Agent at FBI Headquarters. The FBI does not index every name in its files, but indexes only that information considered pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this mass information, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal statutes. Therefore, the General Indices to the CRS files are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter.

(11)   When the FBI searches a person's name, the name is electronically checked against the FBI's Universal Index. The searches seek all instances of the individual's name, social security number, and dates close to his or her date of birth, whether a main file or reference. As previously stated, any "main" file name would be that of an individual who is, himself or herself, the subject of an FBI investigation, whereas any "reference" would be an individual whose name appears as part of an FBI investigation. For example, "references" include associates, witnesses, or conspirators. Additionally, there may be a myriad of other

4

reasons to explain why an FBI Special Agent conducting an investigation believed it important to include a particular name in the FBI's index for later recovery. The names are searched in a multitude of combinations, switching the order of first, last, and middle names, as well as combinations with only the first and last names, first and middle names, and so on. The Program application searches names phonetically against the Universal Index records and retrieves similar spelling variations (which is especially important considering that many names in our indices have been transliterated from a language other than English).

(12)    If there is a match with a name in a FBI record, it is designated as a "Hit," meaning that the system has stopped on a possible match with the name being checked. If a search comes up with a match to a name and either a birth date or social security number, it is designated an "Ident."

## RESOLUTION RATE

(13)    Historically, approximately 68 percent of the name checks submitted by USCIS are electronically checked and returned to USCIS as having "No Record" within 48-72 hours. A "No Record" indicates that the FBI's Universal Index database contains no identifiable information regarding a particular individual. Duplicate submissions (i.e., identically spelled names with identical dates of birth and other identical information submitted while the original submission is still pending) are not checked, and the duplicate findings are returned to USCIS within 48-72 hours.

(14)    For the name check requests that are still pending after the initial electronic check, additional review is required. A secondary manual name search completed typically within 30-60 days historically identifies an additional 22 percent of the USCIS requests as having "No Record," for a 90 percent overall "No Record" response rate. The results of this 22 percent also are returned to USCIS. The remaining 10 percent are identified as possibly being the subject of an FBI record. At that point, the FBI record must be retrieved and reviewed. If the record was electronically uploaded into the FBI's ACS electronic record-keeping system, it can be reviewed quickly. If not, however, the relevant information must be retrieved from an

existing paper record. Review of this information will determine whether the information is identified with the request. If the information is not identified with the request, the request is closed as a "No Record" and USCIS is so notified.

(15)   Once a record is retrieved, the FBI reviews the file for possible derogatory information. Less than one percent of USCIS's requests are identified with a file containing possible derogatory information. If appropriate, the FBI forwards a summary of the derogatory information to USCIS.

## GROWTH OF THE NAME CHECK PROGRAM

(16)   Prior to September 11, 2001, the FBI processed approximately 2.5 million name check requests per year. As a result of the FBI's post-9/11 counterterrorism efforts, the number of FBI name checks has grown. For fiscal year 2006, the FBI processed in excess of 3.4 million name checks.

## USCIS NAME CHECK REQUESTS

(17)   In November 2002, heightened national security concerns prompted a review of the former Immigration and Naturalization Service's ("INS's") procedures for investigating the backgrounds of individuals seeking immigration benefits. It was determined that deeper, more detailed clearance procedures were required to protect the people and the interests of the United States effectively. One of the procedures identified was the FBI's name check clearance. Before November 2002, only those "main" files that could be positively identified with an individual were considered responsive to the immigration authorities name check requests. However, because that approach ran a risk of missing a match to a possible derogatory record, the FBI altered its search criteria to include "reference" files, as well. From a processing standpoint, this meant the FBI was required to review many more files in response to each individual background check request.

(18)   In December of 2002 and January of 2003, the former INS resubmitted 2.7 million name check requests to the FBI for background investigations of all individuals with then-pending applications for immigrations benefits for which the Immigration and Nationality

Act required background investigations. Those 2.7 million requests were in addition to the regular submissions by the former INS. Currently, the FBI has returned an initial response to all 2.7 million resubmitted requests. Moreover, although many of the FBI's initial responses to those resubmitted requests indicated that the FBI had no information relating to the specific individual who was the subject of the request, approximately 16 percent – or over 440,000 – resubmitted requests indicated that the FBI may have information relating to the subject of the inquiry. The FBI is still in the process of resolving those 440,000 requests.

(19)   The FBI's processing of those 440,000 resubmissions has delayed the processing of regular submissions from USCIS. As directed by USCIS, the FBI processes name check requests on a "first-in, first-out" basis unless USCIS directs that a particular name check be expedited.

(20)   The FBI cannot provide a specific or general time frame for completing any particular name check submitted by USCIS. The processing of name checks, including those which are expedited, depends upon a number of factors, including where in the processing queue the name check lies; the workload of the analyst processing the name check; the volume of priority checks the analyst must process for, among others, military call-ups, medical emergencies, "age-outs," or immigration "lottery" winners; the number of "Hits," (i.e., possible matches) that must be retrieved, reviewed and resolved; the number of records from various Field Offices that must be retrieved, reviewed and resolved; and, more generally, the staff and resources available to conduct the checks. While the FBI is sensitive to the impact of the delays in processing name check requests, the consequence of the FBI's mission on homeland security requires that its name check process be primarily focused on providing accurate and thorough results. When the name check is completed, the FBI provides the results to USCIS as quickly as possible.

(21)   It is important to note that the FBI does not adjudicate applications for benefits under the Immigration and Nationality Act. If appropriate, the FBI generally provides a summary of available information to USCIS for its adjudication process.

7

## PLAINTIFF'S NAME CHECK REQUEST

(22)   The name check request for plaintiff Zaigang Liu was received by the FBI from USCIS on or about March 30, 2004, and has not been completed. The FBI is performing its check in response to USCIS's request in accordance with procedures outlined above. The results of the name check will be forwarded to USCIS in Washington, D.C., in due course, in accordance with the FBI's normal protocol.

(23)   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this  13th  day of April 2007.


MICHAEL A. CANNON
Section Chief
National Name Check Program Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

8

TOTAL P.009

## Table of Exhibits

N-652 Naturalization Interview Results of Amol Motivala – 03/23/2006...... Exhibit A

USCIS Letter from Infopass Appointment – 03/23/2007........................ Exhibit B

Affidavit for Amol Motivala – 02/11/2008............................................ Exhibit C

N400 Application for Naturalization Receipt Notice for Amol Motivala – 10/27/2005.............................................................................................. Exhibit D

Resident Alien Card of Amol Motivala................................................... Exhibit E

Social Security Card of Amol Motivala................................................... Exhibit F

Passport of Amol Motivala – Issued 03/04/1999 – 03/03/2009................. Exhibit G

Drivers License of Amol Motivala – Issued on 10/16/2007...................... Exhibit H

Stamped and Signed N400 Fingerprint Notification for Amol Motivala – 11/16/2005................................................................................................ Exhibit I

Letter to FBI on behalf of Amol Motivala by Amar Motivala (Plaintiff's Father) – 06/21/2006................................................................................ Exhibit J

Casework SnapShot Report for Amol Motivala – 09/11/2006................... Exhibit K

Letter from U.S. Senator Charles E. Grassley to Amol Motivala – 09/27/2006................................................................................................ Exhibit L

Letter from U.S. Senator Charles E. Grassley to Amol Motivala (FBI Response Included) – 11/01/2006.................................................................. Exhibit M

Letter from U.S. Senator Charles E. Grassley to Amol Motivala – 01/11/2007................................................................................................ Exhibit N

USCIS Case Status for Amol Motivala – 02/27/2007............................... Exhibit O

Letter from U.S. Senator Charles E. Grassley to Amol Motivala (FBI Response Included) – 04/05/2007................................................................. Exhibit P

Letter from U.S. Senator Tom Harkin to Amol Motivala – 04/13/2007......... Exhibit Q

USCIS Case Status for Amol Motivala – 7/16/2007................................. Exhibit R

Letter from U.S. Senator Charles E. Grassley to Amol Motivala (FBI Response Included) – 09/25/2007................................................................. Exhibit S

Letter from the White House to Amar Motivala (Plaintiff's Father) Regarding Amol Motivala's N400 Application – 10/01/2007................... Exhibit T

Letter from USCIS to Amol Motivala – 10/18/2007............................ Exhibit U

Letter from U.S. Senator Barack Obama to Amol Motivala –
10/25/2007................................................................................... Exhibit V

USCIS Online Address Change Confirmation – 01/07/2008.................... Exhibit W

FOIPA Request Response – 02/21/2008............................................. Exhibit X

Declaration of Bradley J. Brouillette – 04/23/2007.............................. Exhibit Y

Declaration of Michael A. Cannon – 04/13/2007................................. Exhibit Z

End Of Document