# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMOL AMAR MOTIVALA,<br><br>        Plaintiff,<br><br>  v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security, <u>et al.</u><br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case Number: 1:08CV435 (RBW)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Assistant United States Attorney Robin M. Meriweather as counsel of record for Defendants in the above-captioned action.

Dated: May 12, 2008            Respectfully submitted,

                                     /s/ Robin M. Meriweather
                               ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                               Assistant United States Attorney
                               555 Fourth St., N.W.
                               Washington, D.C.  20530
                               Phone: (202) 514-7198 Fax: (202) 514-8780
                               Robin.Meriweather2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that I caused a copy of the foregoing to be filed and served via the Court's ECF system.

                                                      /s/ Robin M. Meriweather
                                        ROBIN M. MERIWEATHER