# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMOL AMAR MOTIVALA, )<br>)<br>         Plaintiff, )<br>)<br>   v. )<br>) Case Number: 1:08CV435 (RBW)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, et al. )<br>)<br>         Defendants. )<br>) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE ANSWER

Defendants, by and through their undersigned attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 6(b) that the Court grant Defendants a 28-day enlargement of time to answer Plaintiff' Complaint, making Defendants' Answer due June 10, 2008. Defendants' answer currently is due May 13, 2008. Pursuant to Local Rule 7(m) and Federal Rule of Civil Procedure 26, counsel for Defendants contacted counsel for Plaintiff to obtain Plaintiff's position on this motion. Plaintiff consented to this enlargement of time.

This is an immigration case in which Plaintiff alleges that Defendants have unreasonably delayed completing the adjudication of his N-400 application for naturalization. As of the time the complaint was filed, the adjudication of Plaintiff's N-400 application had not been completed due to pending FBI name checks.

There is good cause to grant this enlargement motion. In light of recent factual developments, USCIS anticipates that the parties' dispute can be resolved through the administrative process. For that reason, the parties' respective counsel have been engaged in discussions regarding a potential administrative resolution of this matter. Therefore, Defendants

seek an enlargement of the deadline in which to file their answer or Rule 12(b) motion. Granting that enlargement would potentially avoid unnecessary litigation and briefing of the jurisdictional and other defenses that Defendants will raise if and when they file a response to the complaint.

Defendants have not requested any prior enlargements of the deadline for their answer to the complaint. There are no pending deadlines or court dates that this request for enlargement would affect. Granting Defendants additional time to answer Plaintiff's Complaint should cause no prejudice.

Dated: May 12, 2008                    Respectfully submitted,


   /s/   by RMM
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/   by RMM
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMOL AMAR MOTIVALA, </br></br>            Plaintiff, </br></br>      v. </br></br> MICHAEL CHERTOFF, Secretary, </br> U.S. Department of Homeland Security, et al. </br></br>            Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )  Case Number: 1:08CV435 (RBW) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Upon consideration of Defendants' Consent Motion for Extension of Time to File Answer it is this _____ day of _____, 2008,

ORDERED that Defendants' Motion for Extension of Time be and is hereby GRANTED.

It is further ORDERED that Defendants' answer shall be due June 10, 2008.

SO ORDERED.

_____
United States District Judge