# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMOL AMAR MOTIVALA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case Number: 1:08CV435 (RBW) <br> MICHAEL CHERTOFF, Secretary, ) <br> U.S. Department of Homeland Security, <u>et al.</u> ) <br> ) <br> Defendants. ) <br> ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby agree that the above-captioned case be voluntarily dismissed without prejudice. Each side shall bear its own costs and fees.

Respectfully submitted,

| /s/ by RMM | /s/ |
|---|---|
| Aron A. Finkelstein, Esquire | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| Attorney Bar No. MD25560 | United States Attorney |
| Murthy Law Firm | |
| 10451 Mill Run Circle, Suite 100 | /s/ |
| Owings Mills, MD 21117 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| (410) 356-5440; (410) 356-5669 (fax) | Assistant United States Attorney. |
| *Counsel for Plaintiff* | |
| | /s/ Robin M. Meriweather |
| | ROBIN M. MERIWEATHER, D.C. Bar # 490114 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 514-7198; Fax (202) 514-8780 |
| | Robin.Meriweather2@usdoj.gov |
| | |
| | *Counsel for Defendants* |